UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN BURNS, *et al.*,

   Plaintiffs,

v.                                                         Case No. 1:25-cv-28-AW/MJF

STATE OF FLORIDA,

   Defendant.

_____/

## **ORDER**

Plaintiff Kevin Burns, proceeding *pro se*, commenced this civil action on behalf of himself and several others including President Donald J. Trump; "Every American Citizen Located in the United States"; and the Department of Justice. Doc. 1. Burns also filed a motion for leave to proceed *in forma pauperis*, Doc. 3, and a "motion to correct the record as shown above," Doc. 4. Because the complaint is deficient in several respects, this court will provide Burns with an opportunity to voluntarily dismiss the complaint or to amend his complaint to correct the deficiencies. Furthermore, for the reasons set forth below, Burns's motion for leave to proceed *in forma pauperis* is granted and his motion to correct the record is denied.

## I. Discussion

### A. <u>Deficiencies with the Complaint</u>

Burns commenced this civil action against Florida alleging a violation of the First Amendment. Plaintiff's complaint is not on the court approved form. N.D. Fla. Loc. R. 5.7(A) ("The Court need not—and ordinarily will not—consider a" civil rights complaint "that is not filed on the proper form."). **If Burns desires to proceed in this action, he must correct this deficiency by filing an amended complaint on the court-approved form.**

In addition, Burns is not a lawyer. Although Burns can represent himself *pro se*, he is not permitted to represent others in this action, *Timson v. Sampson*, 518 F.3d 870, 873 (11th Cir. 2008). **If Burns desires to proceed with this action, he must only seek relief on his own behalf. He shall not represent anyone besides himself.**

### B. <u>Motion for Leave to Proceed *In Forma Pauperis*</u>

Plaintiff has moved for leave to proceed *in forma pauperis*. Doc. 2. Plaintiff's supporting financial affidavit demonstrates that he qualifies to proceed *in forma pauperis*. Therefore, his motion to so proceed will be granted.

C.   **Motion to Correct the Record**

It appears that Burns may be requesting that the clerk of the court correct the parties' designation on the docket. The clerk of the court has already corrected that information. Therefore, Burns's request is moot and must be denied.

## II. CONCLUSION

Accordingly, it is **ORDERED**:

1.   Plaintiff Kevin Burn's motion for leave to proceed *in forma pauperis*, Doc. 2, is **GRANTED**.

2.   Plaintiff Kevin Burn's motion to correct the record is **DENIED** as moot.

3.   The clerk of the court shall send to Plaintiff Kevin Burns:

   a.   a notice of voluntary dismissal form; and

   b.   a civil rights complaint form for use by non-prisoners.

This case number should be written on the forms.

4.   On or before **March 28, 2025,** Plaintiff Kevin Burns shall file:

   a.   a notice of voluntary dismissal; **or**

   b.   a first amended complaint on the court approved form and titled "**Amended Complaint**" that corrects the deficiencies identified

above.

5.  Within **SEVEN DAYS** of any change of Plaintiff's address, Plaintiff shall inform the clerk of the court of Plaintiff's new address. Such notice shall be labeled "Notice of Change of Address" and shall include this case number on it. Failure to apprise the clerk of the court timely of any change of address may result in dismissal of this action.

6.  Plaintiff's failure to comply with this order likely will result in dismissal of this action for failure to comply with an order of this court, failure to pay the filing fee, and failure to prosecute.

**SO ORDERED** this <u>12th</u> day of February, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**